**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**KERRY SALAS DE LA MIYA** — **DOCKET NO. 2:24-CV-01034**
**SECTION P**

**VERSUS** — **JUDGE JAMES D. CAIN**

**CALCASIEU SHERIFFS PRISON** — **MAGISTRATE JUDGE LEBLANC**

# JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that this matter be **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that all pending motions be **DENIED,** and to the extent Plaintiff wishes to challenge an alleged breach of a plea agreement (see Doc. 14), he must file a separate civil action for post-conviction relief.

**THUS DONE AND SIGNED** in chambers this 8th day of September, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**